The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REMINGTON D. WILLINGHAM, a/k/a REMI LeBOE,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY CORRECTIONAL FACILITY MENTAL HEALTH DEPARTMENT,<br><br>    Defendant. | CASE NO.  C08-0060-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation

(2) Defendant's motion to dismiss (Dkt. No. 10) is GRANTED.

(3) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

ORDER OF DISMISSAL
PAGE - 1

(4) The Clerk is directed to send copies of this Order to plaintiff at his last known address, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 13th day of June, 2008.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 2